IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
v.  CASE NO. 1:88-cr-01007-MP-AK

RICHARD KEITH WILLIAMS,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 1060, Report and Recommendation of Magistrate Judge Kornblum, recommending that Defendant's Petition to Vacate Under 28 U.S.C. § 2255, Doc. 1058, and Defendant's Motion for Appropriate Relief Pursuant to 28 U.S.C. § 2255, Doc. 1059, be denied. The Magistrate Judge filed the Report and Recommendation Friday, July 15, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED.

    **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's Petition to Petition to Vacate Under 28 U.S.C. § 2255, Doc. 1058, is DENIED.

3. Defendant's Motion for Appropriate Relief Pursuant to 28 U.S.C. § 2255, Doc. 1059, is DENIED.

**DONE AND ORDERED** this *19th* day of August, 2005

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
