IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:88-cr-01007-MP-AK

RICHARD KEITH WILLIAMS,

   Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 1194, Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), filed by Defendant Richard Williams.  In his motion, Defendant states that an amendment to the Sentencing Guidelines reducing the upper-limit base offense levels in the Drug Quantity Tables applies to him, and has been given retroactive application.  Although the Court previously rejected a similar motion, because the Court based this decision on the fact that the mandatory enhancements would still result in a life sentence, Defendant argues that the instant motion should be considered anew in light of the now discretionary nature of the guidelines under <u>Booker</u>.  In order to evaluate Defendant's request, the Court finds that a response from the Government is necessary.  Therefore, the Government is directed to file a response to Defendant Williams' Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), Doc. 1194.

   **DONE AND ORDERED** this   *11th* day of October, 2007

                 *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge