IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 1:88-cr-01007-MP-AK

RICHARD KEITH WILLIAMS,

    Defendant.
_____/

## O R D E R

This matter is before Court on Doc. 1198, Motion for Extension of Time to File Response, filed by the Government. In the motion, the Government requests an additional thirty days in which to respond to Defendant Williams' motion for sentence reduction. The Government's motion is granted, and the Government shall file its response on or before November 30, 2007.

    **DONE AND ORDERED** this   *25th* day of October, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge