IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.	CASE NO. 1:88-cr-01007-MP-AK

RICHARD KEITH WILLIAMS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 1194, Motion for Sentence Reduction, filed by Defendant Richard Williams.  By prior order, the Government was directed to file a response to Defendant's motion, and has done so.  Doc. 1202.  In its response, the Government argues that Defendant's motion has already been decided on its merits, and that the Supreme Court's decision in United States v. Booker, 543 U.S. 220, 124 S.Ct. 2519 (2005), does not provide a jurisdictional basis for the Court to consider Defendant's motion.  As the Government points out, the Eleventh Circuit has held that "Booker is inapplicable to § 3582(c)(2) motions."  United States v. Moreno, 421 F.3d 1217, 1220 (11th Cir. 2005).  After reviewing Defendant's motion and the Government's response, the Court agrees with the Government that Booker does not provide Defendant with a basis for relief.  Therefore, Defendant Williams' Motion for Sentence Reduction, Doc. 1194, is denied.

    **DONE AND ORDERED** this  _14th_ day of November, 2007

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge