IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:88-cr-01007-MP-AK

RICHARD KEITH WILLIAMS,

   Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 1206, Motion for Reconsideration, filed by Defendant Williams.  In the motion, Defendant requests reconsideration of the Court's order denying Defendant's motion for sentence reduction, Doc. 1194.  As Defendant states, Amendment 505 to the Sentencing Guidelines changed the offense levels in U.S.S.G. § 2D1.1(c), the Drug Quantity Table, and U.S.S.G. § 1B 1.10 indicates that the change is retroactively applicable.  See U.S.S.G. § 1B1 .10(c), and U.S.S.G.App. C, amend. 505.  Defendant was sentenced to a statutorily mandated sentence of life imprisonment on June 28, 1991.  Because the amendments to the Drug Quantity Table had no effect on the Defendant's sentencing range, he therefore is not entitled to be considered for a reduction in his sentence based on 18 U.S.C. 3582(c)(2).  Therefore, Defendant Williams' motion for reconsideration is denied.

**DONE AND ORDERED** this   *4th* day of December, 2007

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge